# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-7999 DSF (FFM) | Date | January 31, 2019 |
| Title | *Van Calvin Smith v. Commissioner of Social Security* | | |

Present: The Honorable  Frederick F. Mumm, United States Magistrate Judge

| James Munoz | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendant:

None present   None present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO TIMELY SERVE COMPLAINT, FAILURE TO COMPLY WITH COURT ORDER, AND FAILURE TO PROSECUTE**

Plaintiff filed the complaint herein on September 14, 2018. (Docket No. 1.) On September 17, 2018, the Court issued a case management order stating (*inter alia*):

> Plaintiff shall promptly serve the summons and complaint on the Commissioner in the manner required by Rule 4(i) of the Federal Rules of Civil Procedure. **Plaintiff shall electronically file a proof of service showing compliance with this paragraph within thirty (30) days of the date of this order.** Failure to comply with this paragraph may result in dismissal of this case.

(Docket No. 7 at 1-2 (emphasis added).)

The final day for plaintiff to file said proof of service was October 17, 2018. Plaintiff has not filed a proof of service. In fact, there has been no activity in this action since the filing of the case management order. It therefore appears to the Court that plaintiff has not served the summons and complaint on defendant. Plaintiff's apparent failure to serve the summons and complaint on defendant violates not only the Court's order, but also Federal Rule of Civil Procedure 4(m), which requires that service of process be accomplished within 90 days of the complaint's filing.

Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing, within **20 days** hereof, why this action should not be dismissed under Federal Rules of Civil

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-7999 DSF (FFM) | Date | January 31, 2019 |
|---|---|---|---|
| Title | *Van Calvin Smith v. Commissioner of Social Security* | | |

Procedure 4(m) and 41(b) for plaintiff's failure to serve the Complaint within 90 days, failure to obey a court order, and failure to prosecute. **Plaintiff is warned that if he fails to file a timely response to this order, or if his timely response fails to provide sufficient cause for not dismissing this action, the Court will recommend that this action be dismissed without prejudice.**

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | JM |